The OHIO WILLOW WOOD COM-PANY, Plaintiff/Counterclaim–Defendant–Appellant,

v.

THERMO–PLY, INC., Defendant/Counterclaimant–Cross Appellant,

and

Coastal Liners, LLC, Counterclaimant–Appellee.

Nos. 2010–1119, 2010–1269.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2011.

Jeffrey S. Standley, Standley Law Group, LLP, of Dublin, OH, argued for Plaintiff/Counterclaim Defendant–Appellant. With him on the brief were James L. Kwak, F. Michael Speed, Jr. and Michael R. Stonebrook.

Richard E. Fee, Fee & Jeffries, P.A., of Tampa, FL, argued for Defendant/Counterclaimant–Cross Appellant, and Counterclaimant–Appellee. With him on the brief was Kathleen M. Wade.

David W. Wicklund, Shumaker, Loop & Kendrick, LLP, of Toledo, OH, for amicus curiae. With him on the brief was Ronald A. Christaldi, of Tampa, FL.

Before RADER, Chief Judge, LINN and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**